Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000539
09-JUN-2017
09:29 AM

NO. CAAP-16-0000539

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

FREDERICK W. ROHLFING, III, in his capacity as Chair of the Hawaiʻi Republican Party, Plaintiff-Appellant, v. LAURA H. THIELEN, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 16-1-1137)

ORDER APPROVING THE JUNE 5, 2017
"STIPULATION AND ORDER AND DISMISS APPEAL WITH PREJUDICE"
and
DISMISSING AS MOOT ALL PENDING MOTIONS IN CAAP-16-0000539
(By: Fujise, J., for the court[1])

Upon consideration of the "Stipulation and Order to Dismiss Appeal with Prejudice" filed June 5, 2017, by Plaintiff-Appellant Frederick W. Rohlfing, III, in his capacity as Chair of the Hawaiʻi Republican Pary, it appears that (1) the appeal was docketed on July 26, 2016; (2) the parties stipulate to the dismissal of the appeal with prejudice, pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42; (3) the stipulation is dated and signed by counsel for all parties appearing in the

_____

[1] Considered by Fujise, Presiding Judge, Leonard and Ginoza, JJ.

appeal; (4) each party is to bear his/her own attorney's fees and costs; and (5) dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal with prejudice is approved, and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed as moot.

DATED:  Honolulu, Hawaiʻi, June 9, 2017.

Presiding Judge